# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

130839 & (21)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 130839
                                   COA: 267316
                                   Muskegon CC: 03-048412-FH

DAVID LEROY GONZALES, JR.,
     Defendant-Appellant.
_____/

     By order of October 18, 2006, this case was remanded to the Muskegon Circuit Court for a factual determination. On order of the Court, the circuit court's findings having been received, the application for leave to appeal the February 7, 2006 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006                               _____

t1218                                                 Clerk